AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 USC § 287 - False Claims to U.S. Agency - 17 counts

☐ Petty ☐ Minor ☐ Misde-meanor ☑ Felony

PENALTY:

18 USC § 287 - 5 yrs imprisonment; $250,000 fine; 3 yr - supervised release; $100 Special Assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED 07 OCT -4 PM 12:12 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

ROGER MAI

DISTRICT COURT NUMBER

CR 07 0628 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under — MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): CYNTHIA L. STIER, AUSA, TAX DIV.

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges — ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:

☑ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:
2620 Alemany Blvd
San Francisco, CA 94112

Date/Time:

Before Judge:

Comments: Contact IRS Special Agent Maridehl Tablac re service of Summons (510) 715-9427

FILED
07 OCT -4
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07 0628 JSW

# United States District Court



FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL DIVISION**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA

**V.**

ROGER MAI

DEFENDANT.

---

**INDICTMENT**

A TRUE BILL.
INDICT

James E. Vardanian FOREMAN

Filed in open court this 4th Day of Oct, 2007

Clerk BETTY FONG

Bail, $ Summons

Nandor J. Vadas
U.S. Magistrate Judge



SCOTT SCHOOLS (SCSBN 9990)
United States Attorney

FILED
07 OCT -4 PM 12:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JSW

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROGER MAI, Defendant. | CR No. 07 0628<br>INDICTMENT<br>VIOLATIONS: 18 U.S.C. §287 - False Claims to United States Agency<br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNTS ONE THROUGH SEVENTEEN (18 U.S.C. § 287 - False Claims)

On or about the dates set forth below, in the Northern District of California, the defendant,

ROGER MAI a/k/a ROGER LEXIN MAI,

then a resident of San Francisco, California, did make and present to the United States Treasury Department the claims against the United States, specified below, which claims he knew to be false, fictitious or fraudulent, by preparing or causing to be prepared U.S. Individual Income Tax Returns [Forms 1040] which were presented for payment to the United States Treasury Department, through the Internal Revenue Service, through electronic filing, which claims

defendant MAI then and there well knew were false, fictitious or fraudulent.

| Count | Date Of Offense On Or About | Taxpayer | Calendar Tax Year | Amount Falsely Claimed as a Refund on Form 1040 |
|---|---|---|---|---|
| 1 | January 16, 2003 | TA | 2002 | $7,243.00 |
| 2 | March 8, 2003 | JB | 2002 | $5,729.00 |
| 3 | January 16, 2003 | DB | 2002 | $5,739.00 |
| 4 | February 7, 2003 | MC | 2002 | $9,983.00 |
| 5 | March 25, 2003 | ND | 2002 | $5,734.00 |
| 6 | February 24, 2003 | PGa | 2002 | $6,076.00 |
| 7 | March 5, 2003 | PGo | 2002 | $4,843.00 |
| 8 | February 7, 2003 | LH | 2002 | $6,624.00 |
| 9 | March 8, 2003 | CO | 2002 | $7,168.00 |
| 10 | January 17, 2003 | TR | 2002 | $6,791.00 |
| 11 | March 12, 2003 | ES | 2002 | $6,012.00 |
| 12 | February 5, 2003 | NS | 2002 | $5,616.00 |
| 13 | April 7, 2003 | MT | 2002 | $6,057.00 |
| 14 | March 19, 2003 | RV | 2002 | $9,857.00 |
| 15 | April 4, 2003 | BW | 2002 | $4,896.00 |
| 16 | January 15, 2003 | LY | 2002 | $1,935.00 |
| 17 | January 16, 2003 | SZ | 2002 | $6,746.00 |

//

//

All in violation of Title 18, United States Code, Section 287.

A True Bill

Dated: 10-4-07

FOREPERSON

SCOTT SCHOOLS
United States Attorney

BRIAN STRETCH
Chief, Criminal Section

Approved as to Form:

CYNTHIA STIER
Assistant United States Attorney