# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date: October 25, 2007**

**Case No.  CR-07-628   JSW**                    **Judge:  Jeffrey S. White**

**United States of America   v.  ROGER MAI**
                                      **Defendant**
                                      **Present ( X ) Not Present (  ) In-Custody (  )**

      **Cynthia Stier**                              **Daniel Blank**
      **U.S. Attorney**                             **Defense Counsel**

**Deputy Clerk: Jennifer Ottolini**             **Court Reporter: Sylvia Russo**

### PROCEEDINGS

**REASON FOR HEARING: Trial Setting**

**RESULT OF HEARING:    Counsel informed the Court that he believes this case will
                                       resolve via plea.**

**Case Continued to 11-15-07 at 2:30 p.m. for Change of Plea**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**