SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone: (415) 436-7000
Assistant United States Attorney

    E-Mail: cynthia.stier@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.CR 07-0628-JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **[PROPOSED] ORDER REGARDING** |
| | ) | **EXCLUSION OF TIME** |
| ROGER MAI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Defendant, Roger Mai, came before the Court for a status conference on October 25, 2007.
At that hearing, the matter was re-scheduled to November 15, 2007.

    The parties agreed, and the Court found, that the time between October 25, 2007, through
November 15, 2007, is properly excluded under the Speedy Trial Act, Title 18, United States
Code, Sections 3161(h)(8)(A) and (h)(B)(iv).  The parties represent and this Court found that this
delay is necessary to allow counsel for the Defendant to effectively prepare.  The parties agree
that the ends of justice served by granting the requested continuance outweigh the best interest of
the public and the defendant in a speedy trial.

1

2     For the foregoing reasons, and as stated on the record at the hearing on October 25, 2007,

3 the Court HEREBY ORDERS the period between October 25, 2007, through November 15,

4 2007, is excluded from the speedy trial calculation under Title 18, United States Code, Sections

3161(h)(8)(A) and (h)(B)(iv).

5

6 DATED: October 26, 2007              /s/ Cynthia Stier
                                       CYNTHIA STIER
7                                      Counsel for United States

8 DATED: October 26, 2007              /s/ Daniel Blank
                                       DANIEL BLANK
9                                      Counsel for Roger Mai

10

11

12                                     ORDER

13     For the foregoing reasons, and as stated on the record at the October 25, 2007 hearing in this

14 matter, the Court HEREBY ORDERS the period between October 25, 2007 and November 15,

15 2007, excluded from the speedy trial calculation under Title 18, United States Code, Sections

16 3161(h)(8)(A) and (h)(B)(iv).  The Court finds that the failure to grant the requested continuance

17 would unreasonably deny defense counsel the reasonable time necessary for effective

18 preparation.  The Court finds that the ends of justice served by granting the requested

19 continuance outweigh the best interest of the public and the defendant in a speedy trial and in the

20 prompt disposition of criminal cases.

21 IT IS SO ORDERED.

22 DATED:                              _____
                                       JEFFREY S. WHITE
23                                     United States District Judge

24

25

26

27

28

Stipulation and [Proposed] Order
Regarding Exclusion of Time,
Case No. CR 07-0628 JSW          2