1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
5    9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California  94102
     Telephone: (415) 436-7000
7  Assistant United States Attorney

8      E-Mail: cynthia.stier@usdoj.gov

9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT
11                        NORTHERN DISTRICT OF CALIFORNIA
12                              SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,         )   No.CR 07-0628-JSW
                                       )
15 |        Plaintiff,                 )
                                       )   **STIPULATION AND**
16 |   v.                              )   **[PROPOSED] ORDER REGARDING**
                                       )   **EXCLUSION OF TIME**
17 | ROGER MAI,                        )
                                       )
18 |        Defendant.                 )
                                       )
19

20     Defendant, Roger Mai, came before the Court for a status conference on October 25, 2007.

21 At that hearing, the matter was re-scheduled to November 15, 2007.

22     The parties agreed, and the Court found, that the time between October 25, 2007, through

23 November 15, 2007, is properly excluded under the Speedy Trial Act, Title 18, United States

24 Code, Sections 3161(h)(8)(A) and (h)(B)(iv).  The parties represent and this Court found that this

25 delay is necessary to allow counsel for the Defendant to effectively prepare.  The parties agree

26 that the ends of justice served by granting the requested continuance outweigh the best interest of

27 the public and the defendant in a speedy trial.

28

For the foregoing reasons, and as stated on the record at the hearing on October 25, 2007, the Court HEREBY ORDERS the period between October 25, 2007, through November 15, 2007, is excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv).

DATED: October 26, 2007          /s/ Cynthia Stier
                                 CYNTHIA STIER
                                 Counsel for United States

DATED: October 26, 2007          /s/ Daniel Blank
                                 DANIEL BLANK
                                 Counsel for Roger Mai

## ORDER

For the foregoing reasons, and as stated on the record at the October 25, 2007 hearing in this matter, the Court HEREBY ORDERS the period between October 25, 2007 and November 15, 2007, excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: October 29, 2007

                                 _____
                                 JEFFREY S. WHITE
                                 United States District Judge

Stipulation and [Proposed] Order
Regarding Exclusion of Time,
Case No. CR 07-0628 JSW                    2