UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

Date: November 15, 2007

Case No. CR-07-628 JSW          Judge: Jeffrey S. White

United States of America  v.  ROGER MAI
                              Defendant
                              Present ( X ) Not Present ( ) In-Custody ( )

Cynthia Stier                          Daniel Blank
U.S. Attorney                          Defense Counsel

Deputy Clerk: Jennifer Ottolini        Court Reporter: Kathy Powell


PROCEEDINGS

REASON FOR HEARING: Change of Plea

RESULT OF HEARING:   The Defendant is sworn.
                     The Court voir dired the Defendant re: Change of Plea
                     The Defendant pled guilty to Counts 1 through 17 of the
                     Indictment in violation of 18 USC § 287 - Making False
                     Claims to a U.S. Agency.

                     The Court accepted the plea of guilty.
                     The Plea Agreement is ordered filed.
                     The Court reserved ruling on acceptance of the plea
                     agreement pending receipt of a probation report.

                     The Defendant is referred to the US Probation Office for
                     the preparation of a pre-sentence report.

                     The Defendant remains on pretrial release.

                     Mr. Blank will be on paternity leave at the time of
                     sentencing. Another member of the FPD panel will
                     appear on his behalf.

Case continued to 2-21-08 at 2:30 p.m. for Judgment and Sentencing