BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0628 JSW |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DEFENDANT'S** |
| v. | ) | **SUBSTITUTION OF COUNSEL** |
| | ) | |
| ROGER MAI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that Ronald C. Tyler is hereby substituted as counsel for defendant, Roger Mai in the aforementioned matter. Please direct all future filings and orders to Mr. Tyler's attention at 450 Golden Gate Avenue, San Francisco, California 94102. Please send future ECF notices to him at ronald_tyler@fd.org, as well.

Dated: January 15, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

RONALD C. TYLER
Assistant Federal Public Defender