# LETTER OF ROGER MAI

**EXHIBIT A**

Dear Your Honor:

I am truly sorry for the crimes I have committed. My mom and dad are getting old. I want to be with them, but now I cannot. For me, I have to live through my case now. I never want to break the law again. My outlook towards money has changed. I never would want to pursue it through any illegal means. Now I accept my current state of being. I am happy with just the littlest things in life. Like when I see children laughing and it makes me smile. When I think of the things I will miss it makes me sad. I know I will never break the law again.

Sincerely,

*[signature]* 2/14/2008

Roger Mai