```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
```

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff, )<br>            )<br>    v.      )<br>            )<br>ROGER MAI, )<br>            )<br>    Defendant. )<br>_____ ) | NO. CR-07-0628-JSW<br><br>UNITED STATES' SENTENCING<br>MEMORANDUM |

**SENTENCING MEMORANDUM**

**INTRODUCTION**

The Presentence Investigation Report (PIR) computes the total offense level to be 17, with a Criminal History Category of I and recommends a sentence of 24 (twenty-four) months incarceration, followed by a three year term of supervised release, a $5,000 fine, restitution of $57,481 and a special assessment of $1,700. Defendant has filed a Sentencing Memorandum which is in agreement with the PIR as to incarceration of 24 months and three years supervised release. Defendant's Sentencing Memorandum implies a disagreement with the amount of restitution which the United States addresses herein. The United States agrees with the conclusion, in its entirety, reached in the PIR.

//

//

US v. Mai, Case
No. CR-07-0628-JSW
US Sentencing Memo

## **RESTITUTION**

The restitution in this case is based on the tax loss to the government. Roger Mai was indicted on 17 counts of Making False Claims to a United States Agency in violation of 18 U.S.C. §287. The amount of income tax refunds falsely claimed on those 17 tax returns totaled $107,049. Of that amount, $57,481 was actually deposited into bank accounts owned and controlled by Mai. In addition to the 17 false tax returns, Mai admitted to filing 125 additional false and fraudulent tax returns which resulted in additional tax refunds of $62,532. The United States seized and forfeited $53,013 in cash and savings bonds from Mai's home pursuant to a search warrant. The restitution figure comprises the funds that were deposited into Mai's accounts from the false refund claims.

The government bears the burden of proof by a preponderance of the evidence at sentencing to establish the amount of tax loss. United States v. Johansson, 249 F.3d 848, 853 (9th Cir. 2001). As shown above, the government is relying on the funds actually received by Mai as the basis for the restitution in this case.

## **CONCLUSION**

For the reasons stated above, the United States respectfully requests that this Court impose a sentence of 24 (twenty-four) months incarceration, followed by a three year term of supervised release, a $5,000 fine, restitution of $57,481 and a special assessment of $1,700.

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Date: February 15, 2008         /s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

US v. Mai, Case
No. CR-07-0628-JSW
US Sentencing Memo