IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>        )<br>v. )<br>        )<br>ROGER MAI, )<br>       Defendant. )<br>_____ ) | NO. CR-07-0628-JSW<br><br>DECLARATION OF MARIDEHL TABLAC |

### DECLARATION OF MARIDEHL TABLAC

I, Maridehl Tablac, do hereby declare as follows:

1. I am a Special Agent with the Criminal Investigation Division of the Internal Revenue Service. My post of duty is San Francisco, California. As a Special Agent, I investigate tax crimes. In the course of my duties, I was assigned to investigate the tax case of Roger Mai.

2. As part of my investigation, I prepared the attached exhibit to establish the tax loss attributable to the 142 false and fraudulent income tax returns electronically filed by Roger Mai seeking tax refunds. The attached exhibit redacts identifying information.

3. Roger Mai requested total refunds of $841,498. Of that amount, $120,014 was refunded by the Internal Revenue Service as a result of the false and fraudulent tax returns filed by Roger Mai. Of the $120,014, a total of $57,482 was deposited into accounts owned and

US v. Mai, US, Case
No. CR-07-0628-JSW
Declaration of Maridehl Tablac

1 | directly controlled by Roger Mai. The remaining refunds, totaling $62,532, were in fact refunded
2 | by the Internal Revenue Service but I was unable to identify the recipient of these refunds.
3 |     4. During the search warrant, $27,013 in cash and $26,000 in savings bonds were seized
4 | from Roger Mai's residence. Those funds, totaling $53,013, were seized and forfeited.
5 |     I declare under penalty of perjury that the foregoing is true and correct to the best
6 | of my knowledge.

Executed on  02/15/08 .

MARIDEHL TABLAC
Special Agent, C.I.D., IRS

US v. Mai, US, Case
No. CR-07-0628-JSW
Declaration of Maridehl Tablac

2

| City | State | Zip Cd | Refund | Amount Refund Deleted | Employer Name | Ein | Ero Name |
|---|---|---|---|---|---|---|---|
| TULSA | OK | | $4,843 | $0 | METROPLEX CONDOS | | H&R BLOCK TAX SERVICES INC OLE5 |
| LEWISTOWN | MT | 594570000 | $9,471 | $9,471 | RAW AUTO BODY | | INTUIT INC OLF 5 |
| ALBANY | NY | 12203 | $6,012 | $0 | AMBASSADOR FIRM | | H&R BLOCK TAX SERVICES INC OLC10 |
| SAN FRANCISCO | CA | 941090000 | $5,739 | $0 | THE PRINT HOUSE | | INTUIT INC OLF 38 |
| SOCORRO | NM | 87801 | $5,732 | $5,732 | SMITH BUILDERS | | PETZ ENTERPRISES INC |
| SAN FRANCISCO | CA | 94109 | $9,212 | $9,212 | MICROTECH CO | | H&R BLOCK TAX SERVICES INC OLB3 |
| TOPEKA | KS | 66612 | $5,729 | $5,729 | ADVANCED CENTER | | H&R BLOCK TAX SERVICES INC OLE |
| SANTA FE | NM | 87501 | $6,087 | $6,087 | GENERAL AESTHETICS | | H&R BLOCK TAX SERVICES INC OLB10 |
| DENVER | CO | 80221 | $6,593 | $0 | VAPOR TECH | | TAX-ENGINE COM |
| MIAMI | FL | 33141 | $5,005 | $5,005 | HOME LOANS | | TAX-ENGINE COM |
| MIAMI | FL | 33165 | $4,346 | $4,346 | MEDICAL INTERNATIONAL | | TAX-ENGINE COM |
| HAYS | KS | 67601 | $5,718 | $5,718 | WESTERN BUILDERS | | H&R BLOCK TAX SERVICES INC OLE6 |
| NEWARK | NJ | 07106 | $4,434 | $4,434 | WORKS WELDING | | TAX-ENGINE COM |
| LOGAN | UT | 84321 | $4,350 | $4,350 | RESTORATION DETAIL | | TAX-ENGINE COM |
| SPRINGFIELD | MA | 01109 | $4,509 | $4,509 | MEAT TRANSPORT | | PETZ ENTERPRISES INC |
| PIERRE | SD | 57501 | $5,811 | $5,811 | COMM CENTER | | TAX-ENGINE COM |
| SOCORRO | NM | 87801 | $5,733 | $5,733 | VIDA BUILDERS | | PETZ ENTERPRISES INC |
| PIERRE | SD | 57501 | $8,646 | $8,646 | VENDORS ENTERPRISE | | TAX-ENGINE COM |
| FRANKFORT | KY | 40601 | $5,374 | $5,374 | TRAILER DESIGNS | | H&R BLOCK TAX SERVICES INC OLA8 |
| ALTON | IL | 62002 | $5,666 | $5,666 | PJB SYSTEM | | H&R BLOCK TAX SERVICES INC OLE5 |
| KANSIS CITY | MO | 641280000 | $6,811 | $6,811 | STREET INC | | INTUIT INC OLF 7 |
| BISMARCK | ND | 58504 | $5,539 | $5,539 | CONTRACTORS INTERNATIC | | H&R BLOCK TAX SERVICES INC OLB2 |
| OMAHA | NE | 681340000 | $6,460 | $6,460 | SVC INC | | INTUIT INC OLF 23 |
| MESA | AZ | 85205 | $6,057 | $6,057 | BUILDERS MARKETING | | TAX-ENGINE COM |
| HAWTHORNE | NV | 89415 | $5,237 | $5,237 | SANDSTONE TOWING | | PETZ ENTERPRISES INC |
| NORMAN | OK | 73072 | $6,281 | $6,281 | A & E CONSULTING | | TAX-ENGINE COM |
| HELENA | MT | 59601 | $5,545 | $5,545 | ASSETS BENEFICIAL | | H&R BLOCK TAX SERVICES INC OLB1 |
| NORMAN | OK | 73072 | $5,733 | $5,733 | | | TAX-ENGINE COM |
| HARRISBURG | PA | 17109 | $4,119 | $4,119 | INSURANCE RESOURCES | | PETZ ENTERPRISES INC |
| TRENTON | NJ | 08610 | $3,810 | $3,810 | WORLDWIDE PROMOTIONS | | TAX-ENGINE COM |
| COLUMBUS | OH | 43211 | $4,696 | $4,696 | MART AGENCY | | H&R BLOCK TAX SERVICES INC OLA5 |
| MADISON | WI | 537110000 | $8,288 | $8,288 | FOREIGN CAR SALES | | INTUIT INC OLF 7 |
| MANKATO | MN | 56001 | $5,732 | $5,732 | PLASTICS SERVICE | | H&R BLOCK TAX SERVICES INC OLE2 |
| ORLANDO | FL | 32824 | $4,163 | $4,163 | RECYCLE TRANSPORT | | PETZ ENTERPRISES INC |
| BOISE | ID | 83706 | $7,532 | $7,532 | PRINT INC | | H&R BLOCK TAX SERVICES INC OLB4 |
| ROCHESTER | MN | 55904 | $6,048 | $6,048 | CONSTRUCTION IMAGING | | TAX-ENGINE COM |
| EUGENE | OR | 97402 | $5,693 | $5,693 | GROUP CONSTRUCTION | | TAX-ENGINE COM |
| LIVINGSTON | MT | 59057 | $6,663 | $6,663 | MILLER CONSULTANTS | | TAX-ENGINE COM |

| City | State | Zip Cd | Refund | Amount Refund Deleted | Employer Name | Ein | Ero Name |
|---|---|---|---|---|---|---|---|
| RICHMOND | VA | 23229 | $4,435 | $4,435 | SPORTS ASSOCIATION | | H&R BLOCK TAX SERVICES INC OLC10 |
| LEXINGTON | KY | 40503 | $4,282 | $4,282 | ARCHITECTS ASSOCIATON | | H&R BLOCK TAX SERVICES INC OLA9 |
| SANTA FE | NM | 87505 | $5,627 | $5,627 | A HANDLERS | | PETZ ENTERPRISES INC |
| BOISE | ID | 83702 | $5,719 | $5,719 | CROWN TECH | | H&R BLOCK TAX SERVICES INC OLB8 |
| SALEM | OR | 97301 | $5,499 | $5,499 | A Z CONSTRUCTION | | PETZ ENTERPRISES INC |
| DENVER | CO | 80220 | $5,729 | $5,729 | ACCOUNT RESOURCES | | H&R BLOCK TAX SERVICES INC OLB8 |
| LAS CRUCES | NM | 88005 | $6,412 | $6,412 | GENERAL REALTY | | PETZ ENTERPRISES INC |
| SANTA FE | NM | 87505 | $5,616 | $5,616 | ALLIANCE MANAGEMENT | | H&R BLOCK TAX SERVICES INC OLE4 |
| SPRINGFIELD | IL | 62702 | $6,064 | $6,064 | COMPUTE CONCEPTS | | TAX-ENGINE COM |
| CARSON CITY | NV | 89701 | $7,168 | $7,168 | RESOURCE FINANCIAL | | PETZ ENTERPRISES INC |
| HARTFORD | CT | 06112 | $4,069 | $4,069 | PLASTICS SOLUTIONS | | H&R BLOCK TAX SERVICES INC OLC5 |
| TULSA | OK | 74115 | $5,734 | $5,734 | RENTAL SERVICES | | H&R BLOCK TAX SERVICES INC OLE8 |
| BISMARCK | ND | 585040000 | $7,210 | $7,210 | PARTS QUEST | | INTUIT INC OLF 22 |
| HELENA | MT | 59601 | $6,384 | $6,384 | WARD REALTORS | | H&R BLOCK TAX SERVICES INC OLB7 |
| BRIDGEPORT | CT | 06605 | $4,419 | $4,419 | AUTOMATION ENTERPRISE | | PETZ ENTERPRISES INC |
| PORTLAND | ME | 04103 | $4,316 | $4,316 | DETECTION MANAGEMENT | | TAX-ENGINE COM |
| BRIDGEPORT | CT | 06610 | $6,028 | $6,028 | TRANSPORTATION CONTRA | | H&R BLOCK TAX SERVICES INC OLC10 |
| NAMPA | ID | 836870000 | $5,784 | $5,784 | BOLAND ASSOCIATES | | INTUIT INC OLF 23 |
| PRESCOTT | AZ | 86305 | $4,519 | $4,519 | MOUNTAIN MORTGAGE | | H&R BLOCK TAX SERVICES INC OLB8 |
| DULUTH | MN | 55803 | $5,129 | $5,129 | ALARIS ENTERPRISE | | H&R BLOCK TAX SERVICES INC OLE3 |
| BOISE | ID | 83714 | $5,723 | $5,723 | ENTERTAINMENT SERVICES | | H&R BLOCK TAX SERVICES INC OLB8 |
| BOISE | ID | 83705 | $9,204 | $9,204 | SI INSPECTION | | PETZ ENTERPRISES INC |
| BURLINGTON | IA | 52601 | $5,529 | $5,529 | ISLAND TRADING | | H&R BLOCK TAX SERVICES INC OLE7 |
| TOPEKA | KS | 66604 | $5,729 | $5,729 | SORT RESORT | | TAX-ENGINE COM |
| LARAMIE | WY | 82070 | $5,730 | $5,730 | CF ELECTRONICS | | H&R BLOCK TAX SERVICES INC OLB6 |
| LARAMIE | WY | 82070 | $4,730 | $4,730 | EFRC TRADING | | H&R BLOCK TAX SERVICES INC OLB8 |
| DETROIT | MI | 48211 | $3,641 | $3,641 | PROPERTY RECORDS | | H&R BLOCK TAX SERVICES INC OLA28 |
| INDIANAPOLIS | IN | 46226 | $5,815 | $5,815 | HYDRAULICS CONTRACTOR | | PETZ ENTERPRISES INC |
| GREEN BAY | WI | 53090 | $4,946 | $2,215 | ACE TOWING | | TAX-ENGINE COM |
| SAN FRANCISCO | CA | 94102 | $8,492 | $0 | DSL SOLUTIONS | | H&R BLOCK TAX SERVICES INC OLB3 |
| SAN FRANCISCO | CA | 94102 | $1,697 | $1,697 | ATT | | INTUIT INC OLF 38 |
| SAN FRANCISCO | CA | 941020000 | $7,243 | $0 | DSL NET | | INTUIT INC OLF 38 |
| DENVER | CO | 80220 | $5,813 | $5,813 | ALMA INFORMATION | | H&R BLOCK TAX SERVICES INC OLB6 |
| PORTLAND | OR | 97212 | $5,727 | $2,997 | REMODELING SHOP | | H&R BLOCK TAX SERVICES INC OLB8 |
| PORTLAND | OR | 97212 | $6,043 | $6,043 | FREIGHT WAREHOUSES | | H&R BLOCK TAX SERVICES INC OLB10 |
| SALT LAKE CITY | UT | 84128 | $5,210 | $5,210 | A R CONSTRUCTION | | H&R BLOCK TAX SERVICES INC OLB2 |
| RAWLINS | WY | 82301 | $6,541 | $6,541 | NEUWERTH SVC | | PETZ ENTERPRISES INC |
| BISMARCK | ND | 58501 | $5,725 | $5,725 | KLEIN JEWELERS | | PETZ ENTERPRISES INC |

| t Addr | City | State | Zip Cd | Refund | Amount Refund Deleted | Employer Name | Ein | Ero Name |
|---|---|---|---|---|---|---|---|---|
| | DES MOINES | IA | 50313 | $6,076 | $0 | AGRA SALES | | AX-ENGINE COM |
| | SPRINGFIELD | IL | 62702 | $5,669 | $5,669 | RECORDS CONSULTANTS | | H&R BLOCK TAX SERVICES INC OLE4 |
| | DENVER | CO | 80220 | $5,808 | $1,463 | DEVELOPMENT RESOURCES | | PETZ ENTERPRISES INC |
| | SAN FRANCISCO | CA | 941020000 | $6,791 | $6,791 | FLOWERS DELIVER | | INTUIT INC OLF 38 |
| | SAN FRANCISCO | CA | 941020000 | $6,794 | $6,764 | COSTCO | | INTUIT INC OLF 38 |
| | CLEVELAND | OH | 44102 | $4,092 | $4,092 | INSULATION DISTRIBUTORS | | AX-ENGINE COM |
| | CLEVELAND | OH | 44102 | $5,356 | $5,356 | MARKETING SALES | | AX-ENGINE COM |
| | SAN FRANCISCO | CA | 94109 | $8,872 | $8,872 | AD POST | | 2ND STORY SOFTWARE |
| | RACINE | WI | 53402 | $5,715 | $5,655 | FREIGHT AIR SYSTEMS | | PETZ ENTERPRISES INC |
| | TAMPA | FL | 33619 | $5,736 | $5,736 | | | TAX-ENGINE COM |
| | SAN FRANCISCO | CA | 94118 | $9,027 | $9,027 | SCITECH INC | | H&R BLOCK TAX SERVICES INC OLB3 |
| | TOPEKA | KS | 66614 | $5,734 | $4,647 | FEIGHT ADVANCED | | H&R BLOCK TAX SERVICES INC OLE8 |
| | PHOENIX | AZ | 850530000 | $9,983 | $0 | STYLES INC | | INTUIT INC OLF 5 |
| | EVERETT | WA | 98203 | $5,749 | $5,749 | CHILD CARE | | PETZ ENTERPRISES INC |
| | COLUMBS | NE | 68601 | $6,408 | $6,408 | MILL HEALTHCARE | | PETZ ENTERPRISES INC |
| | DENVER | CO | 80212 | $6,131 | $6,131 | DEES MORTGAGE | | AX-ENGINE COM |
| | DETROIT | MI | 48207 | $4,052 | $4,052 | PROPERTIES RECORDS | | PETZ ENTERPRISES INC |
| | PORTLAND | OR | 97230 | $5,124 | $1,218 | CUBE DISTRIBUTORS | | H&R BLOCK TAX SERVICES INC OLB7 |
| | CHEYENNE | WY | 82001 | $5,673 | $5,673 | GENERAL DISTRIBUTORS | | AX-ENGINE COM |
| | LEWISTON | ID | 83501 | $6,827 | $0 | ID SALES INC | | ETZ ENTERPRISES INC |
| | CARSON CITY | NV | 89706 | $5,736 | $0 | ACCESS ENTERPRISE | | AX-ENGINE COM |
| | ODGEN | UT | 84401 | $5,601 | $5,601 | EXTERIOR DECORATION | | TAX-ENGINE COM |
| | JEFFERSON CITY | MO | 65109 | $6,328 | $6,328 | ASSOCIATED SOLUTIONS | | H&R BLOCK TAX SERVICES INC OLE2 |
| | PORTLAND | ME | 04102 | $4,289 | $4,289 | ADVANCED SYSTEM | | H&R BLOCK TAX SERVICES INC OLC2 |
| | BILLINGS | MT | 591020000 | $5,678 | $5,678 | ADVANT MARKETING | | INTUIT INC OLF 23 |
| | PORTLAND | OR | 97203 | $4,733 | $4,733 | OFFICE INSTALLS | | PETZ ENTERPRISES INC |
| | ALTON | IL | 62002 | $5,914 | $5,914 | EVERGREEN INSURANCE | | PETZ ENTERPRISES INC |
| | RENTON | WA | 98059 | $7,448 | $7,448 | ALLIED GROUP | | PETZ ENTERPRISES INC |
| | NAMPA | ID | 83687 | $5,405 | $5,405 | ASSOCIATED CONSTRUCTIO | | PETZ ENTERPRISES INC |
| | WAUSAU | WI | 54401 | $4,713 | $4,713 | CONGER INDUSTRIES INC | | PETZ ENTERPRISES INC |
| | SAN FRANCISCO | CA | 94109 | $8,608 | $0 | CENTURY INC | | H&R BLOCK TAX SERVICES INC OLB6 |
| | DAVENPORT | IA | 52806 | $5,731 | $5,731 | PRODUCTS CONCEPT | | AX-ENGINE COM |
| | KANSAS CITY | MO | 64131 | $6,441 | $6,441 | CENTURY SYSTEMS | | TAX-ENGINE COM |
| | CHARLESTON | SC | 29405 | $4,664 | $4,664 | WORKS SERVICES | | H&R BLOCK TAX SERVICES INC OLA6 |
| | CHEYENNE | WY | 82001 | $6,057 | $6,057 | AUTOMOTIVE RESPONSE | | PETZ ENTERPRISES INC |
| | OMAHA | NE | 68137 | $6,440 | $6,440 | AA INSURANCE | | PETZ ENTERPRISES INC |
| | NORFOLK | NE | 687010000 | $6,624 | $6,624 | A SALES | | INTUIT INC OLF 5 |
| | MESA | AZ | 852130000 | $6,419 | $6,419 | FIREBIRD CONTRACTORS | | INTUIT INC OLF 23 |

| City | State | Zip Cd | Refund | Amount Refund Deleted | Employer Name | Ein | Ero Name |
|---|---|---|---|---|---|---|---|
| PRESCOTT | AZ | 86305 | $4,819 | $4,819 | ALLIED INTERNATIONAL | | H&R BLOCK TAX SERVICES INC OLB |
| WATERLOO | IA | 50703 | $5,838 | $5,838 | EXPRESS FINANCE | | H&R BLOCK TAX SERVICES INC OLE |
| SAN FRANCISCO | CA | 94102 | $9,160 | $9,160 | TECH SELECT | | H&R BLOCK TAX SERVICES INC OLB3 |
| RENO | NV | 89502 | $6,424 | $6,424 | AA PROPERTIES | | PETZ ENTERPRISES INC |
| WATERLOO | IA | 50703 | $5,118 | $5,118 | APRA HEALTHCARE INC | | TAX-ENGINE COM |
| RENTON | WA | 98055 | $8,697 | $8,697 | BEACON AUTOMATION | | PETZ ENTERPRISES INC |
| CHEYENNE | WY | 82007 | $5,723 | $5,723 | WORK INDUSTRIES | | TAX-ENGINE COM |
| PIERRE | SD | 575010000 | $9,857 | $0 | CONNECTION CREATIVE | | INTUIT INC OLF 22 |
| SALEM | OR | 97305 | $4,722 | $4,722 | METRO PRODUCTS | | PETZ ENTERPRISES INC |
| OLYMPIA | WA | 985160000 | $7,739 | $7,739 | MARINE ELECTRIC | | INTUIT INC OLF 23 |
| TULSA | OK | 74115 | $5,320 | $5,320 | PARTS OPERATING | | PETZ ENTERPRISES INC |
| JEFFERSON CITY | MO | 65109 | $5,662 | $5,662 | EXPRESS ENTERPRISES | | H&R BLOCK TAX SERVICES INC OLE2 |
| ANNAPOLIS | MD | 21401 | $4,283 | $4,283 | RESOURCE PRODUCTIONS | | H&R BLOCK TAX SERVICES INC OLC8 |
| SAN FRANCISCO | CA | 94109 | $4,896 | $0 | COMCAST | | INTUIT INC OLF 38 |
| SAN FRANCISCO | CA | 94109 | $1,935 | $0 | DSL NETWORKS | | INTUIT INC OLF 38 |
| SAN FRANCISCO | CA | 94109 | $7,683 | $7,683 | ROLAND SPORTS | | H&R BLOCK TAX SERVICES INC OLB |
| SAN FRANCISCO | CA | 941090000 | $6,746 | $0 | SIMONS ASSOCIATES | | INTUIT INC OLF 38 |
| LEAVENWORTH | KS | 66048 | $5,539 | $0 | BS A SALES | | TAX-ENGINE COM |
| BOULDER | CO | 803030000 | $6,425 | $6,425 | WORKSAIR | | INTUIT INC OLF 23 |
| PROVO | UT | 84604 | $6,451 | $6,451 | CANYON FUNDING | | PETZ ENTERPRISES INC |
| DENVER | CO | 80216 | $5,715 | $5,715 | INTERIOR SUPPLY | | TAX-ENGINE COM |
| PHOENIX | AZ | 85009 | $6,020 | $6,020 | A G LAYNE | | PETZ ENTERPRISES INC |
| SPRINGFIELD | IL | 62704 | $5,733 | $5,733 | INTERIOR PRODUCTS | | H&R BLOCK TAX SERVICES INC OLE1 |
| LINCOLN | NE | 68504 | $5,732 | $5,732 | ELECTRIC DISTRIBUTION | | PETZ ENTERPRISES INC |
| RICHFIELD | UT | 84701 | $5,424 | $5,424 | CUSTOM DESIGN | | PETZ ENTERPRISES INC |
| ROCHESTER | MN | 55906 | $6,792 | $6,792 | TOOLING MEDICAL | | H&R BLOCK TAX SERVICES INC OLB6 |
| DENVER | CO | 802090000 | $7,767 | $7,767 | MAIL STOPS | | H&R BLOCK TAX SERVICES INC OLE7 |
| OGDEN | UT | 84401 | $5,734 | $5,734 | CONSTRUCTION INDUSTRIE | | INTUIT INC OLF 23 |
| | | | | | | | TAX-ENGINE COM |
| | | | $841,498 | $721,484 | | | |

| City | State | Zip Cd | Refund | Amount Refund Deleted | Employer Name | Ein | Ero Name |
|---|---|---|---|---|---|---|---|
| TULSA | OK | | $4,843 | $0 | METROPLEX CONDOS | | H&R BLOCK TAX SERVICES INC OLB3 |
| LEWISTOWN | MT | 594570000 | $9,471 | $9,471 | RAW AUTO BODY | | INTUIT INC OLF 5 |
| ALBANY | NY | 12203 | $6,012 | $0 | AMBASSADOR FIRM | | H&R BLOCK TAX SERVICES INC OLG10 |
| SAN FRANCISCO | CA | 941090000 | $5,739 | $0 | THE PRINT HOUSE | | INTUIT INC OLF 38 |
| SOCORRO | NM | 87801 | $5,732 | $5,732 | SMITH BUILDERS | | PETZ ENTERPRISES INC |
| SAN FRANCISCO | CA | 94109 | $9,212 | $9,212 | MICROTECH CO | | H&R BLOCK TAX SERVICES INC OLB3 |
| TOPEKA | KS | 66612 | $5,729 | $5,729 | ADVANCED CENTER | | H&R BLOCK TAX SERVICES INC OLE |
| SANTA FE | NM | 87501 | $6,087 | $6,087 | GENERAL AESTHETICS | | TAX-ENGINE COM |
| DENVER | CO | 80221 | $6,593 | $0 | VAPOR TECH | | H&R BLOCK TAX SERVICES INC OLE10 |
| MIAMI | FL | 33141 | $5,005 | $5,005 | HOME LOANS | | TAX-ENGINE COM |
| MIAMI | FL | 33165 | $4,346 | $4,346 | MEDICAL INTERNATIONAL | | TAX-ENGINE COM |
| HAYS | KS | 67601 | $5,718 | $5,718 | WESTERN BUILDERS | | H&R BLOCK TAX SERVICES INC OLE6 |
| NEWARK | NJ | 07106 | $4,434 | $4,434 | WORKS WELDING | | TAX-ENGINE COM |
| LOGAN | UT | 84321 | $4,350 | $4,350 | RESTORATION DETAIL | | TAX-ENGINE COM |
| SPRINGFIELD | MA | 01109 | $4,509 | $4,509 | MEAT TRANSPORT | | PETZ ENTERPRISES INC |
| PIERRE | SD | 57501 | $5,811 | $5,811 | COMM CENTER | | TAX-ENGINE COM |
| SOCORRO | NM | 87801 | $5,733 | $5,733 | VIDA BUILDERS | | PETZ ENTERPRISES INC |
| PIERRE | SD | 57501 | $8,646 | $8,646 | VENDORS ENTERPRISE | | TAX-ENGINE COM |
| FRANKFORT | KY | 40601 | $5,374 | $5,374 | TRAILER DESIGNS | | H&R BLOCK TAX SERVICES INC OLA8 |
| ALTON | IL | 62002 | $5,666 | $5,666 | PJB SYSTEM | | H&R BLOCK TAX SERVICES INC OLE5 |
| KANSIS CITY | MO | 641280000 | $6,811 | $6,811 | STREET INC | | INTUIT INC OLF 7 |
| BISMARCK | ND | 58504 | $5,539 | $5,539 | CONTRACTORS INTERNATIO | | H&R BLOCK TAX SERVICES INC OLB2 |
| OMAHA | NE | 681340000 | $6,460 | $6,460 | SVC INC | | INTUIT INC OLF 23 |
| MESA | AZ | 85205 | $6,057 | $6,057 | BUILDERS MARKETING | | TAX-ENGINE COM |
| HAWTHORNE | NV | 89415 | $5,237 | $5,237 | SANDSTONE TOWING | | PETZ ENTERPRISES INC |
| NORMAN | OK | 73072 | $6,281 | $6,281 | A & E CONSULTING | | TAX-ENGINE COM |
| HELENA | MT | 59601 | $5,545 | $5,545 | ASSETS BENEFICIAL | | H&R BLOCK TAX SERVICES INC OLB2 |
| NORMAN | OK | 73072 | $5,733 | $5,733 | | | TAX-ENGINE COM |
| HARRISBURG | PA | 17109 | $4,119 | $4,119 | INSURANCE RESOURCES | | PETZ ENTERPRISES INC |
| TRENTON | NJ | 08610 | $3,810 | $3,810 | WORLDWIDE PROMOTIONS | | TAX-ENGINE COM |
| COLUMBUS | OH | 43211 | $4,696 | $4,696 | MART AGENCY | | H&R BLOCK TAX SERVICES INC OLA5 |
| MADISON | WI | 537110000 | $8,288 | $8,288 | FOREIGN CAR SALES | | INTUIT INC OLF 7 |
| MANKATO | MN | 56001 | $5,732 | $5,732 | PLASTICS SERVICE | | H&R BLOCK TAX SERVICES INC OLE2 |
| ORLANDO | FL | 32824 | $4,163 | $4,163 | RECYCLE TRANSPORT | | PETZ ENTERPRISES INC |
| BOISE | ID | 83706 | $7,532 | $7,532 | PRINT INC | | H&R BLOCK TAX SERVICES INC OLB4 |
| ROCHESTER | MN | 55904 | $6,048 | $6,048 | CONSTRUCTION IMAGING | | TAX-ENGINE COM |
| EUGENE | OR | 97402 | $5,693 | $5,693 | GROUP CONSTRUCTION | | TAX-ENGINE COM |
| LIVINGSTON | MT | 59057 | $6,663 | $6,663 | MILLER CONSULTANTS | | TAX-ENGINE COM |

| City | State | Zip Cd | Refund | Amount Refund Deleted | Employer Name | Ein | Ero Name |
|---|---|---|---|---|---|---|---|
| RICHMOND | VA | 23229 | $4,435 | $4,435 | SPORTS ASSOCIATION | | H&R BLOCK TAX SERVICES INC OLC10 |
| LEXINGTON | KY | 40503 | $4,282 | $4,282 | ARCHITECTS ASSOCIATON | | H&R BLOCK TAX SERVICES INC OLA0 |
| SANTA FE | NM | 87505 | $5,627 | $5,627 | A HANDLERS | | PETZ ENTERPRISES INC |
| BOISE | ID | 83702 | $5,719 | $5,719 | CROWN TECH | | H&R BLOCK TAX SERVICES INC OLE |
| SALEM | OR | 97301 | $5,499 | $5,499 | A Z CONSTRUCTION | | PETZ ENTERPRISES INC |
| DENVER | CO | 80220 | $5,729 | $5,729 | ACCOUNT RESOURCES | | H&R BLOCK TAX SERVICES INC OLB8 |
| LAS CRUCES | NM | 88005 | $6,412 | $6,412 | GENERAL REALTY | | PETZ ENTERPRISES INC |
| SANTA FE | NM | 87505 | $5,616 | $5,616 | ALLIANCE MANAGEMENT | | H&R BLOCK TAX SERVICES INC OLE |
| SPRINGFIELD | IL | 62702 | $6,064 | $6,064 | COMPUTE CONCEPTS | | TAX-ENGINE COM |
| CARSON CITY | NV | 89701 | $7,168 | $7,168 | RESOURCE FINANCIAL | | PETZ ENTERPRISES INC |
| HARTFORD | CT | 06112 | $4,069 | $4,069 | PLASTICS SOLUTIONS | | H&R BLOCK TAX SERVICES INC OLE8 |
| TULSA | OK | 74115 | $5,734 | $5,734 | RENTAL SERVICES | | |
| BISMARCK | ND | 585040000 | $7,210 | $7,210 | PARTS QUEST | | INTUIT INC OLF 22 |
| HELENA | MT | 59601 | $6,384 | $6,384 | WARD REALTORS | | H&R BLOCK TAX SERVICES INC OLB |
| BRIDGEPORT | CT | 06605 | $4,419 | $4,419 | AUTOMATION ENTERPRISE | | PETZ ENTERPRISES INC |
| PORTLAND | ME | 04103 | $4,316 | $4,316 | DETECTION MANAGEMENT | | TAX-ENGINE COM |
| BRIDGEPORT | CT | 06610 | $6,028 | $6,028 | TRANSPORTATION CONTRA | | H&R BLOCK TAX SERVICES INC OLC0 |
| NAMPA | ID | 836870000 | $5,784 | $5,784 | BOLAND ASSOCIATES | | INTUIT INC OLF 23 |
| PRESCOTT | AZ | 86305 | $4,519 | $4,519 | MOUNTAIN MORTGAGE | | H&R BLOCK TAX SERVICES INC OLB |
| DULUTH | MN | 55803 | $5,129 | $5,129 | ALARIS ENTERPRISE | | H&R BLOCK TAX SERVICES INC OLE3 |
| BOISE | ID | 83714 | $5,723 | $5,723 | ENTERTAINMENT SERVICES | | H&R BLOCK TAX SERVICES INC OLB |
| BOISE | ID | 83705 | $9,204 | $9,204 | SI INSPECTION | | PETZ ENTERPRISES INC |
| BURLINGTON | IA | 52601 | $5,529 | $5,529 | ISLAND TRADING | | H&R BLOCK TAX SERVICES INC OLE |
| TOPEKA | KS | 66604 | $5,729 | $5,729 | SORT RESORT | | TAX-ENGINE COM |
| LARAMIE | WY | 82070 | $5,730 | $5,730 | CF ELECTRONICS | | H&R BLOCK TAX SERVICES INC OLB0 |
| LARAMIE | WY | 82070 | $4,730 | $4,730 | EFRC TRADING | | H&R BLOCK TAX SERVICES INC OLB |
| DETROIT | MI | 48211 | $3,641 | $3,641 | PROPERTY RECORDS | | H&R BLOCK TAX SERVICES INC OLA |
| INDIANAPOLIS | IN | 46226 | $5,815 | $5,815 | HYDRAULICS CONTRACTOR | | PETZ ENTERPRISES INC |
| GREEN BAY | WI | 53090 | $4,946 | $2,215 | ACE TOWING | | TAX-ENGINE COM |
| SAN FRANCISCO | CA | 94102 | $8,492 | $0 | DSL SOLUTIONS | | H&R BLOCK TAX SERVICES INC OLB |
| SAN FRANCISCO | CA | 94102 | $1,697 | $1,697 | ATT | | INTUIT INC OLF 38 |
| SAN FRANCISCO | CA | 941020000 | $7,243 | $0 | DSL NET | | INTUIT INC OLF 38 |
| DENVER | CO | 80220 | $5,813 | $5,813 | ALMA INFORMATION | | H&R BLOCK TAX SERVICES INC OLB6 |
| PORTLAND | OR | 97212 | $5,727 | $2,997 | REMODELING SHOP | | H&R BLOCK TAX SERVICES INC OLB |
| PORTLAND | OR | 97212 | $6,043 | $6,043 | FREIGHT WAREHOUSES | | H&R BLOCK TAX SERVICES INC OLB10 |
| SALT LAKE CITY | UT | 84128 | $5,210 | $5,210 | A R CONSTRUCTION | | H&R BLOCK TAX SERVICES INC OLB2 |
| RAWLINS | WY | 82301 | $6,541 | $6,541 | NEUWERTH SVC | | PETZ ENTERPRISES INC |
| BISMARCK | ND | 58501 | $5,725 | $5,725 | KLEIN JEWELERS | | PETZ ENTERPRISES INC |

| City | State | Zip Cd | Refund | Amount Refund Deleted | Employer Name | Ein | Ero Name |
|---|---|---|---|---|---|---|---|
| DES MOINES | IA | 50313 | $6,076 | $0 | AGRA SALES | | TAX-ENGINE COM |
| SPRINGFIELD | IL | 62702 | $5,669 | $5,669 | RECORDS CONSULTANTS | | H&R BLOCK TAX SERVICES INC OLB3 |
| DENVER | CO | 80220 | $5,808 | $1,463 | DEVELOPMENT RESOURCES | | PETZ ENTERPRISES INC |
| SAN FRANCISCO | CA | 941020000 | $6,791 | $6,791 | FLOWERS DELIVER | | INTUIT INC OLF 38 |
| SAN FRANCISCO | CA | 941020000 | $6,794 | $6,764 | COSTCO | | INTUIT INC OLF 38 |
| CLEVELAND | OH | 44102 | $4,092 | $4,092 | INSULATION DISTRIBUTORS | | TAX-ENGINE COM |
| CLEVELAND | OH | 44102 | $5,356 | $5,356 | MARKETING SALES | | TAX-ENGINE COM |
| SAN FRANCISCO | CA | 94109 | $8,872 | $8,872 | AD POST | | 2ND STORY SOFTWARE |
| RACINE | WI | 53402 | $5,715 | $5,655 | FREIGHT AIR SYSTEMS | | PETZ ENTERPRISES INC |
| TAMPA | FL | 33619 | $5,736 | $5,736 | | | TAX-ENGINE COM |
| SAN FRANCISCO | CA | 94118 | $9,027 | $9,027 | SCITECH INC | | H&R BLOCK TAX SERVICES INC OLB3 |
| TOPEKA | KS | 66614 | $5,734 | $4,647 | FEIGHT ADVANCED | | H&R BLOCK TAX SERVICES INC OLE8 |
| PHOENIX | AZ | 850530000 | $9,983 | $0 | STYLES INC | | INTUIT INC OLF 5 |
| EVERETT | WA | 98203 | $5,749 | $5,749 | CHILD CARE | | PETZ ENTERPRISES INC |
| COLUMBUS | NE | 68601 | $6,408 | $6,408 | MILL HEALTHCARE | | PETZ ENTERPRISES INC |
| DENVER | CO | 80212 | $6,131 | $6,131 | DEES MORTGAGE | | TAX-ENGINE COM |
| DETROIT | MI | 48207 | $4,052 | $4,052 | PROPERTIES RECORDS | | PETZ ENTERPRISES INC |
| PORTLAND | OR | 97230 | $5,124 | $1,218 | CUBE DISTRIBUTORS | | H&R BLOCK TAX SERVICES INC OLB3 |
| CHEYENNE | WY | 82001 | $5,673 | $5,673 | GENERAL DISTRIBUTORS | | TAX-ENGINE COM |
| LEWISTON | ID | 83501 | $6,827 | $0 | ID SALES INC | | PETZ ENTERPRISES INC |
| CARSON CITY | NV | 89706 | $5,736 | $5,736 | ACCESS ENTERPRISE | | TAX-ENGINE COM |
| OGDEN | UT | 84401 | $5,601 | $5,601 | EXTERIOR DECORATION | | TAX-ENGINE COM |
| JEFFERSON CITY | MO | 65109 | $6,328 | $6,328 | ASSOCIATED SOLUTIONS | | H&R BLOCK TAX SERVICES INC OLE8 |
| PORTLAND | ME | 04102 | $4,289 | $4,289 | ADVANCED SYSTEM | | H&R BLOCK TAX SERVICES INC OLC9 |
| BILLINGS | MT | 591020000 | $5,678 | $5,678 | ADVANT MARKETING | | INTUIT INC OLF 23 |
| PORTLAND | OR | 97203 | $4,733 | $4,733 | OFFICE INSTALLS | | PETZ ENTERPRISES INC |
| DALTON | IL | 62002 | $5,914 | $5,914 | EVERGREEN INSURANCE | | PETZ ENTERPRISES INC |
| RENTON | WA | 98059 | $7,448 | $7,448 | ALLIED GROUP | | PETZ ENTERPRISES INC |
| TAMPA | ID | 83687 | $5,405 | $5,405 | ASSOCIATED CONSTRUCTION | | PETZ ENTERPRISES INC |
| WAUSAU | WI | 54401 | $4,713 | $4,713 | CONGER INDUSTRIES INC | | PETZ ENTERPRISES INC |
| SAN FRANCISCO | CA | 94109 | $8,608 | $0 | CENTURY INC | | H&R BLOCK TAX SERVICES INC OLA8 |
| DAVENPORT | IA | 52806 | $5,731 | $5,731 | PRODUCTS CONCEPT | | TAX-ENGINE COM |
| KANSAS CITY | MO | 64131 | $6,441 | $6,441 | CENTURY SYSTEMS | | TAX-ENGINE COM |
| CHARLESTON | SC | 29405 | $4,664 | $4,664 | WORKS SERVICES | | H&R BLOCK TAX SERVICES INC |
| CHEYENNE | WY | 82001 | $6,057 | $6,057 | AUTOMOTIVE RESPONSE | | PETZ ENTERPRISES INC |
| OMAHA | NE | 68137 | $6,440 | $6,440 | AA INSURANCE | | PETZ ENTERPRISES INC |
| NORFOLK | NE | 687010000 | $6,624 | $6,624 | A SALES | | INTUIT INC OLF 5 |
| MESA | AZ | 852130000 | $6,419 | $6,419 | FIREBIRD CONTRACTORS | | INTUIT INC OLF 23 |

| City | State | Zip Cd | Refund | Amount Refund Deleted | Employer Name | Ein | Ero Name |
|---|---|---|---|---|---|---|---|
| PRESCOTT | AZ | 86305 | $4,819 | $4,819 | ALLIED INTERNATIONAL | | H&R BLOCK TAX SERVICES INC OLE6 |
| WATERLOO | IA | 50703 | $5,838 | $5,838 | EXPRESS FINANCE | | H&R BLOCK TAX SERVICES INC OLE6 |
| SAN FRANCISCO | CA | 94102 | $9,160 | $9,160 | TECH SELECT | | H&R BLOCK TAX SERVICES INC OLE3 |
| RENO | NV | 89502 | $6,424 | $6,424 | AA PROPERTIES | | PETZ ENTERPRISES INC |
| WATERLOO | IA | 50703 | $5,118 | $5,118 | APRA HEALTHCARE INC | | TAX-ENGINE COM |
| RENTON | WA | 98055 | $8,697 | $8,697 | BEACON AUTOMATION | | PETZ ENTERPRISES INC |
| CHEYENNE | WY | 82007 | $5,723 | $5,723 | WORK INDUSTRIES | | TAX-ENGINE COM |
| PIERRE | SD | 575010000 | $9,857 | $0 | CONNECTION CREATIVE | | INTUIT INC OLF 22 |
| SALEM | OR | 97305 | $4,722 | $4,722 | METRO PRODUCTS | | PETZ ENTERPRISES INC |
| OLYMPIA | WA | 985160000 | $7,739 | $7,739 | MARINE ELECTRIC | | INTUIT INC OLF 23 |
| TULSA | OK | 74115 | $5,320 | $5,320 | PARTS OPERATING | | PETZ ENTERPRISES INC |
| JEFFERSON CITY | MO | 65109 | $5,662 | $5,662 | EXPRESS ENTERPRISES | | H&R BLOCK TAX SERVICES INC OLE2 |
| ANNAPOLIS | MD | 21401 | $4,283 | $4,283 | RESOURCE PRODUCTIONS | | H&R BLOCK TAX SERVICES INC OLC3 |
| SAN FRANCISCO | CA | 94109 | $4,896 | $0 | COMCAST | | INTUIT INC OLF 38 |
| SAN FRANCISCO | CA | 94109 | $1,935 | $0 | DSL NETWORKS | | INTUIT INC OLF 38 |
| SAN FRANCISCO | CA | 94109 | $7,683 | $7,683 | ROLAND SPORTS | | H&R BLOCK TAX SERVICES INC OLE |
| SAN FRANCISCO | CA | 941090000 | $6,746 | $0 | SIMONS ASSOCIATES | | INTUIT INC OLF 38 |
| LEAVENWORH | KS | 66048 | $5,539 | $0 | BS A SALES | | TAX-ENGINE COM |
| BOULDER | CO | 803030000 | $6,425 | $6,425 | WORKSAIR | | INTUIT INC OLF 23 |
| PROVO | UT | 84604 | $6,451 | $6,451 | CANYON FUNDING | | PETZ ENTERPRISES INC |
| DENVER | CO | 80216 | $5,715 | $5,715 | INTERIOR SUPPLY | | TAX-ENGINE COM |
| PHOENIX | AZ | 85009 | $6,020 | $6,020 | A G LAYNE | | PETZ ENTERPRISES INC |
| SPRINGFIELD | IL | 62704 | $5,733 | $5,733 | INTERIOR PRODUCTS | | H&R BLOCK TAX SERVICES INC OLE |
| LINCOLN | NE | 68504 | $5,732 | $5,732 | ELECTRIC DISTRIBUTION | | PETZ ENTERPRISES INC |
| RICHFIELD | UT | 84701 | $5,424 | $5,424 | CUSTOM DESIGN | | H&R BLOCK TAX SERVICES INC OLE |
| ROCHESTER | MN | 55906 | $6,792 | $6,792 | TOOLING MEDICAL | | H&R BLOCK TAX SERVICES INC OLE |
| DENVER | CO | 802090000 | $7,767 | $7,767 | MAIL STOPS | | INTUIT INC OLF 23 |
| OGDEN | UT | 84401 | $5,734 | $5,734 | CONSTRUCTION INDUSTRIE | | TAX-ENGINE COM |
| | | | $841,498 | $721,484 | | | |