UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** February 21, 2008          **JUDGE:** Jeffrey S. White

**Case No:** CR-07-0628 JSW

**Case Name:**   UNITED STATES   **v.**   ROGER MAI

**Attorney for Plaintiff:**     **Cynthia Stier**          **Probation Officer:** S. Sara Black
**Attorney for Defendant:**  **Ronald Tyler**
       **Deputy Clerk:** Frank Justiliano          **Court Reporter:** Sylvia Russo

**PROCEEDINGS**

Sentencing-Held. The defendant is committed to the custody of the Bureau of Prisons for a term of 24 months. This term consists of terms of 24 months on each of Counts One through Seventeen, all such counts to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years. This term consist of terms of three (3) years on each of Counts One through Seventeen, all such terms to run concurrently. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is releases. While on supervised release, the defendant shall not commit another Federal, State, or local crime, shall comply with the standard conditions that have been adopted by this court, except that Mandatory Drug Testing Provision is suspended, and shall comply with the following additional conditions:    1) Shall pay any special assessment, fine, and/or restitution imposed and that remains unpaid at the commencement of the term of supervised release.  2) Shall provide the probation officer with access to any financial information, including tax returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income tax returns.  3) Shall not open any new lines of credit and/or incur new debt without the prior permission of the probation officer. 4) Shall not maintain a position of fiduciary capacity without the prior permission of the probation officer.  5) Shall participate in a mental health treatment program, as directed by the probation officer. The defendant is to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer.  6) Shall submit his person, residence, office, vehicle, or any property under his control to a search.  7) Shall not own or possess any firearm, ammunition, destructive devices, or other dangerous weapons.  8) Shall cooperate in the collection of DNA as directed by the probation officer. 9) Shall pay a special assessment of $1,700, which shall be due immediately.  10) Shall pay a total fine of $5,000.00. The fine consists of $5,000 for counts One through Seventeen, which shall be due immediately. 11) Shall pay restitution to IRS in the amount of $57,481, which shall be due immediately.  While incarcerated, payment of fine and restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the BOP Inmate Financial Responsibility Program.    Upon release from custody, the defendant shall pay $100 per month, to begin within 60 days of the commencement of supervised release.

Unless by further order of this Court, voluntary surrender of defendant is Monday, April 21, 2008.

**cc:**     chambers