02/27/2008 01:37 PM EDT

Case Debt Type Payment Report
U.S. Courts

Version 7.0.1

San Francisco

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ROGER MAI | DCAN307CR000628 | 504100 | SPECIAL PENALTY ASSESSMENT | 1,700.00 | 0.00 | CT 34611016084 | 1 | PR | 1,700.00 | 02/21/2008 |

Division Payment Total    1,700.00

Grand Total    1,700.00

$1700.00 SPECIAL ASSESSMENT
PAID IN FULL
on 2-21-08

Page 1 of 1